UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-11640
Angela F Bolton and )
Cary A Bolton )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

This matter coming to be heard on the motion of Bridgecrest Acceptance Corporation, by and through its undersigned attorney, concerning its Motion for Relief from Stay, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtors shall make regular bi-weekly payments in the amount of $306.14 directly to Bridgecrest Acceptance Corporation, continuing with the January 24, 2025 post-petition payment.

2. In ADDITION to the contract payments set forth in paragraph one, Debtors shall make the following payments to Bridgecrest Acceptance Corporation to cure the default:

| PAYMENT DUE DATE: | PAYMENT AMOUNT: |
|---|---|
| February 07, 2025 | $201.64 |
| February 21, 2025 | $201.64 |
| March 07, 2025 | $201.64 |
| March 21, 2025 | $201.64 |
| April 04, 2025 | $201.64 |
| April 18, 2025 | $201.64 |
| May 02, 2025 | $201.64 |
| May 16, 2025 | $201.64 |
| May 30, 2025 | $201.64 |
| June 13, 2025 | $201.64 |
| June 27, 2025 | $201.64 |
| July 11, 2025 | $201.66 |

| | |
|---|---|
| Post-Petition Arrears | $2,020.70 |
| Filing Fee | $199.00 |
| Attorney Fee | $200.00 |
| Total | $2,419.70 |

*Repayment over Six months
*A pre-petition arrearage claim still exists in the amount of $176.52.

3. In the event Debtors fail to tender any two or more payments as set forth in paragraph two or one, Bridgecrest Acceptance Corporation shall issue a Notice of Default to Debtors and Debtors'

attorney, if Debtors do not provide full cure within 14 days after service of the Notice, the Automatic Stay in this case shall be modified as to Debtors, upon filing a Notice of Termination of Stay with this Court, to permit Bridgecrest Acceptance Corporation, its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2013 Ford Explorer Utility 4D XLT 4WD 3.5L V6, VIN 1FM5K8D80DGB95976.

    4. In the event Debtors make all payments as set forth in paragraph two, and then fail to tender any two or more payments as set forth in paragraph one, Bridgecrest Acceptance Corporation, shall issue a Notice of Default to Debtors and Debtors' attorney, if Debtors do not provide full cure within 14 days after service of the Notice, the Automatic Stay in this case shall be modified as to Debtors, upon filing a Notice of Termination of Stay with this Court, to permit Bridgecrest Acceptance Corporation, its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2013 Ford Explorer Utility 4D XLT 4WD 3.5L V6, VIN 1FM5K8D80DGB95976.

    5. If applicable, upon modification of the automatic stay as outlined above, and after Bridgecrest Acceptance Corporation has foreclosed its security interest one 2013 Ford Explorer Utility 4D XLT 4WD 3.5L V6, VIN 1FM5K8D80DGB95976, said creditor may file an amended, unsecured claim for any deficiency balance remaining in compliance with the US Bankruptcy Code.

    6. Debtors shall at all times maintain valid insurance on the 2013 Ford Explorer Utility 4D XLT 4WD 3.5L V6, VIN 1FM5K8D80DGB95976, wherein Bridgecrest Acceptance Corporation is listed as the lienholder/loss payee and shall provide said creditor with proof of same without demand.

    7. Attorney's fees in the amount of $200.00 and costs in the amount of $199.00 are allowed.

| | |
|---|---|
| /s/ Michelle Mandroiu_____ | /s/ Jennifer M. Rinn_____ |
| Attorney for Debtors | Attorney for Bridgecrest Acceptance Corporation |
| | Enter: *(signature)* |
| | Honorable David D. Cleary |
| Dated: January 27, 2025 | United States Bankruptcy Judge |

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com