UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-11640 |
| Cary A Bolton and Angela F Bolton | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO AUTHORIZE THE RECORDATION OF A SUBORDINATE MORTGAGE SECURING A PARTIAL CLAIM AND SHORTEN NOTICE**

This case coming before the Court on the Debtors' Motion to Authorize, IT IS HEREBY ORDERED that:

1. The Motion to Authorize the Recordation of a Subordinate Mortgage Securing a Partial claim is denied as unnecessary. The parties may proceed with the transaction without court approval; and

2. The Creditor, LoanCare LLC., is authorized to record the subordiate mortgage and notice is shortened.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  August 04, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600