UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 23-11640 | |
| Cary A Bolton ) | | |
| Angela F Bolton ) | Chapter: 13 | |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER APPROVING SETTLEMENT

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Settlement;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's settlement of his personal injury claim in the amount of $10,000 is approved.

2. $1,000 of the settlement proceeds will be paid to the common benefit fund directly by the Claims Administrator.

3. A $2,750 lien will be paid directly to Medicare by the Lien Administrator for the asserted medical lien and $150 will be paid to the Lien Administrator, Wolf Global Compliance, LLC for the lien resolution fee.

4. The attorney fees and litigation expenses incurred by the Debtor's personal injury attorney, The Gallagher Law Firm, PLLC, in the amount of $4,043.36 are approved.

5. The Gallagher Law Firm, PLLC, will distribute the remainder of the net settlement of $2,056.64 directly to the Debtor and upon receipt of the settlement proceeds the Debtor will submit the net non-exempt proceeds of his personal injury suit to the Chapter 13 Trustee within fourteen days of receipt.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 05, 2026

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600